UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO.  08-mj-0017 CMK

      vs.                                          ORDER TO PAY

    ARTHUR S. COLLER

The Defendant, having been found guilty of Count I, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I   | Fine: $ 240.00 | Assessment: $ 10.00 |
| Count II  | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV  | Fine: $_____ | Assessment: $_____ |
| Count V   | Fine: $_____ | Assessment: $_____ |

(X)   FINE AND ASSESSMENT TOTAL OF $250.00 payable in monthly installments of $50.00 or more beginning January 1, 2009, and continuing monthly until paid in full.  Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED:  November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE